UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INFINITE MASTER MAGNETIC,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00943-JAD-NJK<br><br>**ORDER** |

On June 13, 2022, Plaintiff, a detainee at Clark County Detention Center, filed an application to proceed *in forma pauperis* and initiating documents. Docket No. 1. On June 15, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and ordered that Plaintiff could file a new, fully complete application by August 15, 2022. Docket No. 3. To date, the Court has not received a new application to proceed *in forma pauperis* or any request to extend the deadline for filing one. The Court will grant Plaintiff one final opportunity to file a new application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1.   Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2.   The Clerk of the Court shall send Plaintiff a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1

3. Plaintiff must comply with this order no later than September 19, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: August 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge